UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-14-08

---

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

MASTER FILE

1:06-MD-1789 (JFK)

---

### ORDER FOR ADMISSION PRO HAC VICE

Considering the Certificate of Good Standing and all other documents required by Case

Management Order No. 5 submitted by counsel, IT IS HEREBY ORDERED that:

Applicant's Name:  Robert C. Brock

Firm Name:  Rushton, Stakely, Johnston & Garrett, P.A.

Address:  Post Office Box 270

City/State/Zip:  Montgomery, AL 36101

Telephone/Fax:  (334) 206-3100/(334) 481-0801

Email Address:  rcb@rsjg.com

is admitted to practice pro hac vice as counsel for Merck & Co., Inc. in the above captioned case

in the United States District Court for the Southern District of New York.

Dated: March 14 2008

New York, New York

*So ordered*

John F. Keenan

United States District Judge

00236730_1.DOC

## UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA
#### OFFICE OF THE CLERK
#### POST OFFICE BOX 711
#### MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3600

## CERTIFICATE OF GOOD STANDING

I, **DEBRA P. HACKETT** Clerk of the United States District Court, Middle District of Alabama,

**DO HEREBY CERTIFY** that **Robert Carmichael Brock** was duly admitted to practice in said Court on **October 1, 1984** and is in good standing as a member of the bar of said Court.

Dated at Montgomery, Alabama, on March 4, 2008.

**DEBRA P. HACKETT,
CLERK**

By: _____
Deputy Clerk

